IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT AMARILLO DIVISION

| | | |
|---|---|---|
| MARIA A. LONGORIA, <br>     *Plaintiff*, | § <br> § <br> § | |
| vs. | § | CIVIL NO.: 2:15-CV-00276-J |
| | § <br> § <br> § | |
| SWIFT BEEF COMPANY, <br>     *Defendant.* | § | |

## AGREED STIPULATION

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, MARIA A. LONGORIA, Plaintiff, and SWIFT BEEF COMPANY, Defendant, and files this their Agreed Stipulation as to the time for Defendant, SWIFT BEEF COMPANY, to file its Answer to Plaintiff's Complaint.

## STIPULATION

Plaintiff filed her Original Complaint on September 9, 2015. Defendant, SWIFT BEEF COMPANY, was served by Certified Mail on September 14, 2015. The Parties agree to extend the time for Defendant to file its Answer to Plaintiff's Original Complaint until October 26, 2015.

SIGNED this 5th day of October, 2015.

| | |
|---|---|
| Wolfe & Associates<br>608 Broadway<br>Lubbock, Texas 79401<br>Telephone: (806) 749-3727<br>Telecopier: (806) 749-3668<br>brw@wolfe-law.com | Law Office of Jerry D. McLaughlin<br>2700 S. Western, Suite 1000<br>Amarillo, Texas 79109<br>Telephone: 806-371-9110<br>Telecopier: 806-373-9029<br>jmclaw@suddenlinkmail.com |

By: ___/s/ Billy R. Wolfe_____

    Billy R. Wolfe
    SBN: 21855900
    *(Counsel for Defendant)*

By: ___/s/Jerry D. McLaughlin_____

    Jerry D. McLaughlin
    SBN: 13743300
    *(Counsel for Plaintiff)*