IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| MARIA A. LONGORIA, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 2:15-CV-276-J |
| | § | |
| | § | |
| SWIFT BEEF COMPANY, | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.

December 29, 2015.

Respectfully submitted,

FOR THE PLAINTIFF:

Law Office of Jerry D. McLaughlin
2700 S. Western, Suite 1000
Amarillo, TX 79109
Tel. (806) 371-9110
Fax. (806) 373-9029

By: */s/ Jerry D. McLaughlin*
    Jerry D. McLaughlin
    Texas Bar No. 13743300
    E-Mail: jmclaw@suddenlinkmail.com


FOR THE DEFENDANT:

Sherman & Howard, L.L.C.
633 Seventeenth Street, Suite 3000

        Denver, Colorado  80202
        Tel. (303) 299-8286
        Fax. (303) 298-0940

By: */s/ Jonathan Watson*_____
      Jonathan Watson
      Colorado Bar No. 45203
      E-Mail:  JWatson@shermanhoward.com