IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| MARIA A. LONGORIA, | § | |
| | § | |
| PLAINTIFF, | § | |
| vs. | § | CIVIL ACTION CAUSE NUMBER |
| | § | |
| SWIFT BEEF COMPANY, | § | 2:15-CV-276-J |
| | § | |
| DEFENDANT. | § | |

## FINAL ORDER OF DISMISSAL

Before the Court is the Plaintiff's and the Defendant's joint stipulation, filed December 29, 2015, wherein the parties stipulate to dismissal with prejudice, with each party to bear their own costs and fees. Pursuant to that stipulation, this case is hereby dismissed with prejudice with each party to bear their own costs and fees.

It is SO ORDERED.

Signed this the _11th_ day of January, 2016.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE